UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>BRANDED OPERATIONS HOLDINGS, INC.,<br><br>                    Debtor.<br><br>CHARLES ELLIOTT ANDERSON, JR.,<br><br>                    Appellant,<br><br>-against-<br><br>PATRICK J. BARTELS, JR., Plan Administrator, and EDGAR C. GENTLE, III, Trustee, Endo PI Trust,<br><br>                    Appellees. | 25-CV-5045 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

    This bankruptcy appeal has been assigned to me for all purposes. The briefing schedule provided in the Federal Rules of Bankruptcy Procedures, specifically in Rule 8018, is not excused and is hereby adopted. Appellant must serve and file a brief within 30 days. Appellees must serve and file a brief within 30 days of Appellants' service of his brief. Appellant may serve and file a reply brief within 14 days after service of Appellees' brief. The parties are advised that oral argument will not be held unless and until the Court orders otherwise.

Dated: June 27, 2025
       New York, New York

                                                    SO ORDERED.

                                                    *Jessica Clarke*
                                                    _____
                                                    JESSICA G. L. CLARKE
                                                    United States District Judge