UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>BRANDED OPERATIONS HOLDINGS, INC.,<br><br>                Debtor. | 25-CV-5045 (JGLC)<br><br>**ORDER** |
| CHARLES ELLIOTT ANDERSON, JR.,<br><br>                Appellant,<br><br>-against-<br><br>PATRICK J. BARTELS, JR., Plan Administrator, and EDGAR C. GENTLE, III, Trustee, Endo PI Trust,<br><br>                Appellees. | |

JESSICA G. L. CLARKE, United States District Judge

      Appellant Charles Elliot Anderson Jr. moves to compel discovery from the Appellees, arguing that Appellees must produce "critical and intentionally withheld financial and administrative information." ECF No. 7 at 1. Appellees oppose. ECF Nos. 16–18. Appellant's opportunity to supplement the record was during the underlying bankruptcy proceedings. Discovery at the appellate stage is improper. *See In re Residential Capital*, No. 13-CV-8317, ECF No. 14 at 1 (S.D.N.Y. Jan. 8, 2014) (finding that "[o]n appeal from an order of the bankruptcy court, the parties do not engage in discovery, and thus any motion to compel discovery is not properly brought"). Appellant's motion to compel is DENIED. The Clerk of Court is directed to terminate ECF No. 7.

Dated: August 21, 2025
     New York, New York

                             SO ORDERED.

                             *Jessica Clarke*

                             JESSICA G. L. CLARKE
                             United States District Judge