Charles Elliott Anderson, Jr.

1205 California Ave. #2

Las Cruces, NM. 88001

575-300-3833

thankyoulord2019@gmail.com

> Application GRANTED. The Court extends Petitioner's deadline to December 15, 2025. The Clerk of Court is respectfully directed to terminate ECF No. 22.
>
> SO ORDERED.
>
> *Jessica Clarke*
>
> JESSICA G. L. CLARKE
> United States District Judge
>
> Dated: October 21, 2025
>     New York, New York

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

In re: :

BRANDED OPERATIONS HOLDINGS, INC., et al.,

Debtors.

Chapter 11, Case No. 22-22608 (JLG) Formerly ENDO International plc, 22-22549-(JLG) (Jointly Administered)

----------------------------------------

CHARLES ELLIOTT ANDERSON JR.,

District Court Appeal No. 25-cv-5045-(JGLC)

(Petitioner)

v.

PATRICK J. BARTELS, JR., PLAN ADMINISTRATOR, *et al.*, : Appellee's.

----------------------------------------

**PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF AND REQUEST FOR HEARING**

(1)

Comes now, Petitioner Charles Elliott Anderson Jr., appearing *pro se* in the above-captioned appeal, and respectfully moves this Honorable Court for a 60-day extension of time to file his opening Appellate Brief. The current deadline is October 16, 2025, and Petitioner requests the deadline be extended to December 15, 2025. In support of this Motion, Petitioner states as follows:

1. This Motion is made in good faith and is a matter of absolute necessity, not delay. The underlying facts of this case involve complex issues and newly uncovered evidence of potential fraud and bad faith conduct by the Appellees that require extensive and meticulous preparation to present adequately to the Court.

2. **Evidence of Fraud on the Court:** Petitioner must dedicate significant time to analyze and present evidence of what appears to be an intentional and fraudulent alteration of his timely filed Proof of Claim. Specifically, **Proof of Claim 10223** was altered post-filing to **Claim No. 6864-2**. This unilateral alteration is a critical component of Appellees' strategy to improperly disallow a valid claim and constitutes direct evidence of a fraud on the court that must be fully briefed.

3. **Comprehensive Review of Coercive and Unlawful Exhibits:** An extension is required to conduct an in-depth, page-by-page re-examination of all exhibits, particularly **Exhibit I-I-30 (the "Rejected Ballot")**. This review is necessary to catalog and articulate the coercive tactics, unconstitutional violations, and bad-faith language embedded within the document designed to prejudice Petitioner's rights.

4. **Petitioner's Status as a Disabled Adult:** Petitioner is a disabled adult proceeding *pro se* against a fully-funded and represented corporate entity. This significant disparity of resources and Petitioner's disability necessitate an accommodation in the form of additional time to ensure Petitioner can meaningfully access the courts and adequately prepare his case without being procedurally disadvantaged.

5. **Complexity of Trust Administration:** Petitioner's claim has been channeled through multiple trust entities, from the "PPOC Trust" to the "Endo PI Trust." Additional time is required to investigate the legal and fiduciary duties of these entities and the Plan

Administrator to establish the proper chain of liability for payment of Petitioner's allowed claim.

6. **Request for a Full Hearing:** The issues raised herein are of a most serious nature, including direct evidence of fraud on the court and unconstitutional conduct by the Appellees. Petitioner therefore requests a full hearing on this motion to present the gravity of these matters to the Court.

## CONCLUSION

WHEREFORE, for the foregoing reasons, Petitioner has demonstrated more than sufficient cause for an extension. Granting this motion is essential to serve the interests of justice and to allow Petitioner the necessary time to prepare and file a brief that fully addresses the complex and serious issues of this appeal. Most importantly, being allowed to present the full record of one of the most complex Court Bankruptcy Frauds in Modern Day History : Please allow me the necessary time to prove it with the courts own docket.

------------------------------------------------------

Respectfully submitted,

Charles Elliott Anderson Jr., Pro Se

Dated: October 16, 2025

**Page 1 of 2**



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of October, 2025, a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF AND REQUEST FOR HEARING** was served upon all parties - including , Counsels for Appellee Patrick J. Bartels, Jr., Plan Administrator, et al. & ENDO PI Trustee, Ed Gentle III , The U.S. Trustee Region 2-

Charles Elliott Anderson Jr.