UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: BRANDED OPERATIONS HOLDINGS, INC., Debtor. | 25-CV-5045 (JGLC) **ORDER** |
| CHARLES ELLIOTT ANDERSON, JR.,, Appellant, -against- PATRICK J. BARTELS, JR., Plan Administrator, and EDGAR C. GENTLE, III, Trustee, Endo PI Trust, Appellees. | |

JESSICA G. L. CLARKE, United States District Judge:

Appellant Charles Elliott Anderson has filed three motions asking that the Court, *inter alia*, grant another extension, stay the proceedings, and consolidate this case with a newly filed case in this District, No. 26-CV-1033 (KMK). ECF Nos. 32, 33, 34.

Appellant's request to consolidate is GRANTED. Because the two cases concern common questions of law and fact, they are hereby CONSOLIDATED pursuant to Rule 42 of the Federal Rules of Civil Procedure.

His requests for an extension and a stay, however, are DENIED. The Court recently filed a separate Order setting Appellant's final deadlines following numerous extensions. *See* ECF No. 35. Those deadlines remain.

The Clerk of the Court is respectfully directed to consolidate case No. 26-CV-1033 under this lead case, No. 25-CV-5045. All future filings shall be on the 25-CV-5045 docket.

The Clerk of Court is also respectfully directed to terminate ECF Nos. 32, 33, and 34.

Dated: February 17, 2026
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge